IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| NURAH ARAFAT, | ) | |
| | ) | CASE NO. 3:11-CV-00054-JEG-TJS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NEW MILLENIUM BANK'S** |
| | ) | **STIPULATION OF DISMISSAL** |
| NEW MILLENNIUM BANK | ) | **WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |

COMES NOW Defendant New Millennium Bank pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulates to the dismissal of this action with prejudice, in joinder to Plaintiff's Voluntary Notice of Dismissal (Docket No. 9).

**/s/** John T. Clendenin
John T. Clendenin, AT0001529
NYEMASTER, GOODE, WEST,
HANSELL & O'BRIEN, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100
Fax: 515-283-8045
Email: jtc@nyemaster.com

John L. Culhane, Jr.
Daniel JT McKenna
Jenny Perkins
BALLARD SPAHR LLP
1735 Market Street, 51st Fl.
Philadelphia, PA 19103
Telephone: (215) 665-8500
Fax: (215) 664-8999
Email: culhane@ballardspahr.com
mckennad@ballardspahr.com
perkinsj@ballardspahr.com
**ATTORNEYS FOR DEFENDANT NEW MILLENNIUM BANK**

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of September 2011, I electronically filed the foregoing with the Clerk of Court using the ECF system. The undersigned further certifies that a true copy of the foregoing instrument was served upon each party to the above-entitled cause by enclosing the same in an envelope addressed to each party at his/her last known address as shown below, with postage fully paid, and by depositing said envelope in a United States Post Office depository:

Ms. Nurah Arafat
399 Willow Wind Place
Iowa City, IA 52240
***PRO SE***

                                                          /s/ John T. Clendenin